# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. GONZALEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>ASSIGNMENT AMERICA LLC, et al.,<br><br>            Defendants. | Case No. 1:19-cv-01184-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>TEN DAY DEADLINE |

Plaintiff filed this action on August 27, 2019. On August 29, 2019, a scheduling order issued setting the mandatory scheduling conference for November 14, 2019. As of this date, Plaintiff has not filed proof of service of the summons and complaint. See ECF No. 4-1 at 2.

Accordingly, IT IS HEREBY ORDERED that, within ten days of the date of entry of this order, Plaintiff shall file notice of the status of service on the defendants in this action. Plaintiff is advised that failure to comply with this order may result in the issuance of sanction, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 21, 2019**

UNITED STATES MAGISTRATE JUDGE

1