# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ASSIGNMENT AMERICA LLC, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01184-LJO-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO JANUARY 30, 2020<br><br>(ECF Nos. 6, 8) |

On October 22, 2019, an order was filed requiring Plaintiff to notify the court of the status of service on the defendants in this action. Plaintiff filed a proof of service on the California Department of Corrections and Rehabilitation ("CDCR") on October 29, 2019. On November 1, 2019, Plaintiff filed a proof of service and a status report. The status report states that Plaintiff has now served Carlos Izabal, CDCR, and Ralph Diaz, and is in the process of serving Assignment America LLC.

Accordingly, the court will continue the mandatory scheduling conference to allow for service on all defendants and responsive pleadings to be filed.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The mandatory scheduling conference is CONTINUED from November 14, 2019 to January 30, 2020, at 9:00 a.m. in Courtroom 9; and

///

1

2. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **November 4, 2019**

_____
UNITED STATES MAGISTRATE JUDGE