# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R. GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASSIGNMENT AMERICA LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01184-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 15) |

　　　　This action was filed on August 27, 2019. (ECF No. 1.) On December 20, 2019, after meeting and conferring regarding the filing of a potential motion to dismiss, Plaintiff and Defendant Assignment America LLC filed a stipulated request to allow Defendant Assignment America LLC an extension until January 9, 2020, to file a responsive pleading. (ECF No. 15.)

　　　　Pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that Defendant Assignment America LLC shall file a responsive pleading on or before January 9, 2020.

IT IS SO ORDERED.

Dated: __**December 20, 2019**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1