# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIA R. GONZALEZ, | Case No. 1:19-cv-01184-LJO-SAB |
|---|---|
| Plaintiff, | ORDER VACATING ALL PENDING DATES AND MATTERS DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| v. | |
| ASSIGNMENT AMERICA LLC, et al., | |
| Defendants. | |
|  | (ECF No. 18) |

On December 31, 2019, a stipulation was filed dismissing this action with prejudice. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are VACATED; and
2. The Clerk of the shall CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **January 2, 2020**

UNITED STATES MAGISTRATE JUDGE

1